STATE OF CONNECTICUT *v.* ROBERT W. SPILLANE

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 201 (AC 17194), is denied.

*Joel M. Ellis* and *Donald E. Weisman,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided November 2, 1999

BERNARD GIPSON *v.* COMMISSIONER OF CORRECTION

The petitioner Bernard Gipson's petition for certification for appeal from the Appellate Court, 54 Conn. App. 400 (AC 17745), is granted, limited to the following issues:

"Does a criminal defendant have a constitutional right to the assistance of counsel in connection with a petition for certification to the Supreme Court?"

"Does a criminal defendant have a state statutory right to the assistance of counsel in connection with a petition for certification to the Supreme Court?"

The Supreme Court docket number is SC 16216.

*James J. Ruane,* in support of the petition.

*Michele C. Lukban,* assistant state's attorney, in opposition.

Decided November 2, 1999